UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES S. LONGSHORE,

                Plaintiff,

   v.

STEVE SCOTT (Mason County Superior Court Deputy Prosecuting Attorney),

                Defendant.

No. C11-5249 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is **DISMISSED without prejudice** prior to service for failure to prosecute and for failure to state a claim. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 1) is **DENIED.**

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 10th day of June, 2011.

                                            /s/ Ronald B. Leighton
                                            RONALD B. LEIGHTON
                                            UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1